AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Jean Michael Santiague ) | Case No: 3:02cr35/LAC |
| ) | USM No: 05306-017 |
| Date of Previous Judgment: 15 August 2007 ) | |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __327__ months **is reduced to** __262 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __34__          Amended Offense Level: __32__
Criminal History Category: __VI__       Criminal History Category: __VI__
Previous Guideline Range: __262__ to __327__ months   Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The amended term of imprisonment shall run concurrently with the State of Florida sentence the defendant is presently serving in DKT #F03-36149.

Except as provided above, all provisions of the judgment dated __15 August 2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __29 April 2008__                      s/*L.A. Collier*
                                                    Judge's signature

Effective Date: _____                    Lacey A. Collier, Senior U.S. District Judge
     (if different from order date)                    Printed name and title