UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 3:02cr35/LAC/CJK
                3:17cv719/LAC/CJK

JEAN MICHAEL SANTIAGUE,

   Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 24, 2017 (doc. 111). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 108) is summarily **DENIED and DISMISSED** as untimely.

3. A certificate of appealability is **DENIED**.

DONE AND ORDERED this 13th day of December, 2017.

        s/L.A. Collier
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**